UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHARON WHITE,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:19-cv-212

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY DENYING *PRO SE* PLAINTIFF'S
MOTION FOR TRIAL BY JURY (DOC. 9)**

---

This civil case is before the Court on *pro se* Plaintiff's motion requesting that this case be tried by a jury. No right to a jury trial exists in Social Security disability appeals. *Parker v. Astrue*, 298 F. App'x 701, 702 (10th Cir. 2008) ("Congress did not clearly provide a right to a jury trial when it established a cause of action for review of a denial of social security benefits"); *Ginter v. Sec'y of the Dep't of Health, Ed. & Welfare*, 621 F.2d 313, 313 (8th Cir. 1980) ("The district court has a limited role under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) . . . to reviewing the administrative record to determine whether there is substantial evidence to support the findings of the Secretary"). Accordingly, Plaintiff's motion (doc. 9) is **DENIED**.

    **IT IS SO ORDERED**.


Date:   November 27, 2019

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge