**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

SHARON WHITE,

    Plaintiff,                                Case No. 3:19-cv-212

    vs.

COMMISSIONER OF                          District Judge Thomas M. Rose
SOCIAL SECURITY,                         Magistrate Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

    Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #21) is **ADOPTED** in full;

2. This case is **DISMISSED (**and the ALJ's disability finding is **AFFIRMED**); and

3. This case is terminated on the docket of this Court.

Date: June 11, 2020                                          *s/Thomas M. Rose

                                                                      Thomas M. Rose
                                                                      United States District Judge